**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANISH KAPOOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-04252 |
| | ) | |
| v. | ) | Honorable Judge John Z. Lee |
| | ) | |
| NATIONAL RIFLE ASSOCIATION, | ) | Hon. Mag. Judge Daniel G. Martin |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTIONS TO APPEAR PRO HAC VICE

TO: All counsel of record

YOU ARE HEREBY NOTIFIED that on **June 27, 2018 at 9:00 a.m**, or as soon thereafter as counsel may be heard, (if a hearing is required) I shall appear before the **Honorable Judge John Z. Lee, Presiding in Courtroom 1225**, in the U.S. District Court located at 219 S. Dearborn St., Chicago, Illinois, and then and there present Anish Kapoor's Motions to Appear Pro Hac Vice.

                                                  Respectfully submitted,

                                                  ANISH KAPOOR

                                      By:      /s/ Jeffrey S. Becker
                                                   One of His Attorneys

Jeffrey S. Becker, Esq.
jbecker@smbtrials.com
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax

Nicholas A. Carlin (*Pro Hac admission pending*)
nac@phillaw.com
David M. Given (*Pro Hac admission pending*)
dmg@phillaw.com
M. Jake Feaver (*Pro Hac admission pending*)
mjf@phillaw.com
Phillips, Erlewine, Given & Carlin, LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
(415) 398-0900

## CERTIFICATE OF SERVICE

      On June 19, 2018, I electronically submitted the foregoing Notice of Motions for Leave to Appear Pro Hac Vice with the clerk of court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court, which will automatically send notice of the filing to all counsel of record. I hereby certify that I have served all counsel and/or pro se parties of record electronically in accordance with the Federal Rules of Civil Procedure.

                                    /s/ Jeffrey S. Becker

Jeffrey S. Becker, Esq.
  jbecker@smbtrials.com
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax


Nicholas A. Carlin (*Pro Hac admission pending*)
  nac@phillaw.com
David M. Given (*Pro Hac admission pending*)
  dmg@phillaw.com
M. Jake Feaver (*Pro Hac admission pending*)
  mjf@phillaw.com
Phillips, Erlewine, Given & Carlin, LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
(415) 398-0900