# SWANSON, MARTIN & BELL, LLP

ATTORNEYS AT LAW
330 NORTH WABASH • SUITE 3300
CHICAGO, ILLINOIS 60611
(312) 321-9100 • FAX (312) 321-0990

**Jeffrey S. Becker**
(312) 321-8425

E-mail at
jbecker@smbtrials.com

June 26, 2018

United States District Court
Northern District of Illinois – Eastern Division
Office of the Clerk
219 S. Dearborn St., Room 2010
Chicago, IL 60611

   Re: *Kapoor v. National Rifle Association of America*
     USDC No. 18-cv-4252

To Whom it May Concern:

  The following information is responsive to your request [via Docket Entry No. 8] for the completion of reports forwarded by your office to the Copyright Office in Washington, D.C.

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| VA 1-983-425 | January 4, 2016 | Anish Kapoor |
| | | |
| | | |
| | | |

Very truly yours,

*/s/ Jeff Becker*

Swanson, Martin & Bell, LLP