**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANISH KAPOOR,<br><br>       Plaintiff,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>       Defendant. | No. 1: 18-cv-04252<br><br>Judge John Z. Lee<br><br>Magistrate Judge Daniel G. Martin |

**DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant National Rifle Association of America ("NRA") hereby moves for an extension of time to file its responsive pleading directed at the Complaint filed by plaintiff Anish Kapoor on June 19, 2018 (Docket Entry 1), up to and including August 15, 2018. In support of this Motion, the NRA states as follows:

1. On June 19, 2018, Kapoor filed the Complaint. (Docket Entry 1).

2. The NRA was served on June 25, 2018, meaning that its responsive pleading is currently due July 16, 2018. (Docket Entry 12).

3. The NRA requires additional time to formulate its responsive pleading strategy.

4. This is the NRA's first request for an extension of this deadline and is not sought for undue delay or a vexatious purpose.

5. Counsel for the NRA has conferred with counsel for Kapoor, who indicated that Kapoor does not oppose this Motion.

1

WHEREFORE, for the foregoing reasons, the NRA respectfully requests an Order granting it until August 15, 2018, to respond to the Complaint.

                                                  Respectfully submitted,

                                                  NATIONAL RIFLE ASSOCIATION OF AMERICA

                                                  By:   /s/ Blaine C. Kimrey
                                                              One of its attorneys

Blaine C. Kimrey
Bryan K. Clark
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500

Dated: July 11, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2018, a copy of the foregoing was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Blaine C. Kimrey*