IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANISH KAPOOR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>　　　　Defendant. | No. 1: 18-cv-04252<br><br>Judge John Z. Lee<br><br>Magistrate Judge Daniel G. Martin |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, July 17, 2018 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable John Z. Lee, or any judge sitting in his stead, in Courtroom 1225, 219 South Dearborn Street, Chicago, Illinois, and then and there present defendant's **Unopposed Motion for Extension**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　NATIONAL RIFLE ASSOCIATION OF
　　　　　　　　　　　　　　　　　　　AMERICA

　　　　　　　　　　　　　　　　　　　By:　　/s/ Blaine C. Kimrey
　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Blaine C. Kimrey
Bryan K. Clark
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500

Dated:  July 11, 2018

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2018, a copy of the foregoing was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Blaine C. Kimrey*