UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Anish Kapoor

Plaintiff,

v.  Case No.: 1:18−cv−04252
Honorable John Z. Lee

National Rifle Association of America

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 12, 2018:

MINUTE entry before the Honorable John Z. Lee:Defendant's motion [21] for an extension of time to answer or otherwise plead is granted. Defendant's responsive pleading shall be due August 15, 2018. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.