IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANISH KAPOOR, | |
|     Plaintiff, | |
| v. | No. 1: 18-cv-04252 |
| | Judge John Z. Lee |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | Magistrate Judge Daniel G. Martin |
|     Defendant. | |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant National Rifle Association of America ("NRA") respectfully submits the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2. NRA states that it has no parent corporation, and there is no publicly held corporation owning any stock in NRA.

Respectfully submitted,

NATIONAL RIFLE ASSOCIATION OF AMERICA

By:   /s/ Blaine C. Kimrey
        One of its attorneys

Blaine C. Kimrey
Bryan K. Clark
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500

Dated: July 17, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2018, a copy of the foregoing was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Blaine C. Kimrey*