UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Anish Kapoor

Plaintiff,

v.  Case No.: 1:18−cv−04252
Honorable John Z. Lee

National Rifle Association of America

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 29, 2018:

MINUTE entry before the Honorable John Z. Lee:Status and motion hearing held on 8/29/18. Plaintiff's response to Defendant's motion to transfer [25] shall be due by 9/13/18; reply due by 9/27/18. Defendant's motion to defer MIDP requirements and other stay discovery [27] is granted. All deadlines are stayed pending the Courts ruling. Status hearing set for 10/17/18 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.