UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Anish Kapoor

                Plaintiff,

v.                                                Case No.: 1:18−cv−04252
                                                Honorable John Z. Lee

National Rifle Association of America

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 14, 2018:

      MINUTE entry before the Honorable John Z. Lee: Plaintiff's motion for jurisdictional discovery as alternative relief [32] is stricken. Local Rule 5.3(b) clearly specifies that all motions must be accompanied by a notice of motion specifying the date and time on which, and the judge before whom, the motion is to be presented. Plaintiff is instructed to refile its motion with the proper notice, and is further cautioned to comply with the procedures set forth in this Court's standing order with respect to motion practice. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.